## United States District Court
### for the
### Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**Mar 31, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:25-MJ-00142-JAG |
| GREG LAVERN WILSON, | ) |

## CRIMINAL COMPLAINT

I, Jared Tomaso the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on a date unknown but by on or about March 30, 2025, in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(C), | Possession with Intent to Deliver Methamphetamine and Fentanyl |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

JARED TOMASO
Digitally signed by JARED TOMASO
Date: 2025.03.31 12:36:02 -07'00'

*Jared Tomaso, SA - ATF*
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: March 31, 2025

_____
Judge's signature

City and state: Spokane, Washington

*James A. Goeke, United States Magistrate Judge*
_____
Printed name and title