AUSA: CAB

County: Grant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2025

SEAN F. McAVOY, CLERK

*In re Affidavit in Support of Criminal Complaint as to Greg Lavern WILSON*

State of Washington   )

                         : ss

County of Spokane   )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jared Tomaso, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and this issuance of an arrest warrant for Greg Lavern WILSON for violating 21 U.S.C. § 841(a)(1), (b)(1)(C), Possession with Intent to Distribute Fentanyl and Methamphetamine.

2. I am employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") as a Special Agent and have been so employed since March 2018. I am currently assigned to the Spokane Field Office. My duties include the investigation of violations of federal firearms laws, and other federal laws, including those pertaining to controlled substances. Prior to my employment with ATF, I was employed for two years as a Deportation Officer for the United States Immigration and Customs Enforcement, and eight years as a United States Border Patrol agent. I am fluent in the Spanish language (reading and writing). During my law enforcement career, I have made hundreds of arrests for both state and federal violations. I have participated in hundreds of investigations involving controlled substance and firearm violations. I have received specialized training at the Federal Law Enforcement Training Center ("FLETC") in Artesia, NM, FLETC in Glynco, GA, and the ATF National Academy. I have consulted with Senior Special Agents in the ATF, who have years of experience in working firearms and drug related investigations. As a federal law enforcement officer, including my time as an ATF Special Agent, I have participated in numerous investigations into violations of federal firearms and controlled substance laws.

Affidavit of SA Jared Tomaso (25-mj-00142-JAG) 1

3. The purpose of this affidavit is limited and therefore does not contain all facts and circumstances known to me or other law enforcement officers about this investigation. All dates and times are intended to be estimates. All opinions expressed are based on my training, experience, and common sense, unless otherwise noted. The events described occurred in the Eastern District of Washington.

## INVESTIGATION

4. On March 30, 2025, at approximately 9:40pm, ATF Special Agents and Task Force Officers observed a 2011 Ram 1500 pick-up bearing Washington license C67142R traveling northbound on Interstate 82 just south of Ellensburg, Washington. ATF had a federal warrant to search the vehicle and Greg WILSON's ("WILSON") person for drug trafficking related offenses. A traffic stop was conducted on the vehicle. WILSON was the driver and sole occupant of the vehicle. When WILSON was advised that agents had a warrant to search his person and vehicle, WILSON stated something to the effect of, "well it's about time you caught me."

5. WILSON was placed in handcuffs and read his *Miranda* rights. WILSON stated that he understood his rights and was willing to talk without an attorney present. Before agents executed the search warrant on the vehicle, WILSON admitted that there was a large amount of controlled substances in the vehicle, which he had picked up in Yakima. WILSON estimated that there was over a pound of methamphetamine, more than a thousand fentanyl pills, and over a quarter of a pound of fentanyl powder and told agents where to find it in the vehicle. WILSON stated that he is addicted to methamphetamine and indicated that he sells drugs to support his habit.

6. Agents searched the vehicle and found what I recognized, through my training and experience, as suspected controlled substances consistent with the type and quantities that WILSON described. The suspected controlled substances were seized pursuant to the warrant and will be sent to the Drug Enforcement Administration Laboratory for testing. In addition to WILSON's statement of his intent to sell the drugs (above), the quantity of drugs seized from his vehicle is indicative of a distribution amount.

7. Agents also searched the person of WILSON and located a wad of cash in his pocked. WILSON stated that it was approximately $2,200.

8. Based on the foregoing, I submit that there is probable cause to believe that on

Affidavit of Jared Tomaso- 2

March 30, 2025, WILSON committed the offense of Possession with Intent to Distribute Fentanyl and Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

JARED TOMASO
Digitally signed by JARED TOMASO
Date: 2025.03.31 12:36:44 -07'00'

Jared Tomaso
Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Sworn to telephonically and signed electronically on this 31st day of March, 2025.

_____
The Honorable James A. Goeke
United States Magistrate Judge

Affidavit of Jared Tomaso- 3